COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| BEVERLY COLE, INDIVIDUALLY AND AS NEXT FRIEND OF REGINALD LUKE, A MINOR, | § | |
| | § | |
| Appellant, | § | No. 08-10-00333-CV |
| | § | |
| v. | § | Appeal from the |
| | § | |
| | | 83rd Judicial District Court |
| MARIA MCGINNIS, R.N., TONYA PEREZ, L.V.N., MARGARITA | § | |
| CORDOVA, L.V.N., SHERI TALLEY, | | of Pecos County, Texas |
| M.D., EDWIN FRANKS, M.D., | § | |
| MICHAEL GRIMMETT, PH.D., TEXAS | | (TC# P-6554-83-CV-B) |
| YOUTH COMMISSION, TEXAS TECH | § | |
| UNIVERSITY SYSTEM, | § | |
| | | |
| Appellees. | § | |

**MEMORANDUM OPINION**

Pending before the Court is Appellant's unopposed motion for voluntary dismissal of this appeal. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Costs of appeal are assessed against Appellant. *See* TEX.R.APP.P. 42.1(d).

March 23, 2011

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Rivera, JJ.